IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANG BAE CHUNG, d/b/a DE NICE WEAR, INC. | **UNITED STATES' MOTION TO UNSEAL COMPLAINT AND WARRANT**<br><br>1:20-mj-00506-2 |

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, moves this Court to unseal the Complaint and Warrant in this case as to <u>only</u> defendant SANG BAE CHUNG, d/b/a DE NICE WEAR, INC. (Docs. 1 and 3). On November 25, 2020, law enforcement arrested defendant CHUNG in the Northern District of Georgia. Per the policy of the Northern District of Georgia, in order to ensure that defendant CHUNG is able to obtain a copy of his complaint and arrest warrant at his initial appearance in the Northern District of Georgia, the United States requests that this Court unseal the Complaint and Warrant as to him only.

Dated: November 25, 2020.

                                                DREW H. WRIGLEY
                                                United States Attorney

By:    */s/ Jonathan J. O'Konek*
       JONATHAN J. O'KONEK
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND 58502-0699
       (701) 530-2420
       ND Bar Board ID No. 06821
       Jonathan.OKonek@usdoj.gov
       Attorney for United States